1

2

3

4

5

6           **UNITED STATES DISTRICT COURT**

7           **CENTRAL DISTRICT OF CALIFORNIA**

8

9    ROBERT CRAIG BELL,                     )      Case No. CV10-05823 AHM (JCGx)
                                            )
10                                           )
                                            )
11                        *Plaintiff,*        )       DISCOVERY MATTER
                                            )
12                                           )      [*Hon. Jay C. Gandhi,*
        v.                                  )      *Courtroom 827A, 312 N. Spring St.*]
13                                           )
                                            )
14   THE CITY OF LOS ANGELES,               )      **PROTECTIVE ORDER**
     DENNIS DERR, and OFFICER               )
15   TORRES,                                 )
                                            )
16                                           )
                                            )
17                        *Defendants.*       )
     _____ )
18

19

20

21   IT IS SO ORDERED.  The Stipulation for Protective Order is hereby approved and shall

22   govern the disclosure in this action of all "Confidential Information," as that term is

23   described in the foregoing Stipulation.

24

25

     DATED: August 1, 2011          _____
26                                        JAY C. GANDHI
                                          United States Magistrate Judge
27

28