O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-05823 AHM (JCGx) | Date | December 5, 2011 |
|---|---|---|---|
| Title | BELL v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

On September 26, 2011, the parties stipulated that Plaintiff would proceed on only three causes of action: false arrest, malicious prosecution, and improper search of Plaintiff's vehicle.  Dkt. No. 52.  The Court entered an order approving that stipulation on September 28, 2011.  Dkt. No. 63.  On December 20, 2011, the Court granted Defendants summary adjudication on Plaintiff's false arrest and malicious prosecution claims.  Dkt. No. 81.

The Court intends to enforce the parties' stipulation.  Accordingly, Plaintiff's only remaining cause of action is for improper search of his vehicle.

                                                      :
Initials of Preparer          SMO