JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CRAIG BELL,<br><br>    Plaintiff(s),<br><br>    v.<br><br>THE CITY OF LOS ANGELES, et al.,<br><br>    Defendant(s). | CASE NO. CV10-05823-AHM (JCGx)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by Magistrate Judge Jay C. Gandhi that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: January 25, 2012

_____
A. Howard Matz
United States District Court Judge

**JS-6**