JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT CRAIG BELL, | ) | CASE NO. CV10-05823-AHM (JCGx) |
| Plaintiff(s), | ) ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) | |
| THE CITY OF LOS ANGELES, et al., | ) ) | |
| Defendant(s). | ) ) | |

The Court having been advised by Magistrate Judge Jay C. Gandhi that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: January 25, 2012

_____
A. Howard Matz
United States District Court Judge

**JS-6**